# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CAROLE SHELTON ,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:08-cv-746-Orl-31KRS**

**JACK PARKER and RAONEL BARRIEL,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　　**DEFENDANT'S MOTION TO DISMISS (Doc. No. 7)**
>
> **FILED:**　　　May 14, 2008
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED AS UNOPPOSED**, as the Plaintiff has failed to file a timely response to the motion.  The case is **DISMISSED WITHOUT PREJUDICE** and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 12, 2008.

                                              GREGORY A. PRESNELL
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party